■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES YOUNG, Appellant. [989 NYS2d 391]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Foley, J.), imposed April 4, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Lopez*, 6 NY3d 248, 255-256 [2006]). Eng, P.J., Skelos, Roman, Cohen and Hinds-Radix, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHIL SOLAGES, on Behalf of ELVIS CABA, Petitioner, v THOMAS J. SPOTA et al., Respondents. [989 NYS2d 355]—

Writ of habeas corpus in the nature of an application to reduce bail upon Suffolk County indictment No. 1435D-14.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the County Court, Suffolk County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Balkin, J.P., Dickerson, Hall and Miller, JJ., concur.